# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC EXCHANGE, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CATHOLIC SACRED SCRIPTURE PROGRAM, LLC, a North Carolina Limited Liability Corporation; GAIL BUCKLEY; SHANNON BREEDLOVE; and JENNIFER PHELPS,<br><br>            Defendants. | Case No.: 07 CV 1250 BTM<br><br>**ORDER FOR DISMISSAL** |

Pursuant to Plaintiff's motion, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice. Each party will pay its own costs, expenses and attorney fees.

Dated: August 3, 2007

*/s/ Barry Ted Moskowitz*
Barry T. Moskowitz
U.S. District Court Judge

ORDER FOR DISMISSAL

07CV1250 BTM